AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELIAS SANTANA TLAHUITZO | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-40142-001 DLJ<br>BOP Case Number: DCAN401CR040142-001<br>USM Number: 88978-011<br>Defendant's Attorney : Galia Amram Phillips |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>Charge One of Petition filed 5/18/2007 regarding the term of</u> supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Violation of special condition to comply with rules and regulations of Bureau of Immigration and Naturalization Svc and not reenter the United States without express written consent of US Attorney General | 4/27/2007 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 15, 2011
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

April 26, 2011
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:     ELIAS SANTANA TLAHUITZO                     Judgment - Page 2 of 2
CASE NUMBER:   CR-01-40142-001 DLJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  14 months .

The term of imprisonment in this case is to run concurrent to the term of imprisonment in case CR-11-00027-DLJ. No term of supervised release imposed in CR01-40142-DLJ.

[x]     The Court makes the following recommendations to the Bureau of Prisons:
that the defendant be favorably considered for placement in the Bureau of Prisons Drug Abuse Treatment Program; that the defendant be housed as close to this area as possible.

[x]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ [] am [] pm on ___.
        [ ] as notified by the United States Marshal.

        The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        [ ] before 2:00 pm on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Office.

        The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

        Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                                By      _____
                                                        Deputy United States Marshal